| | |
|---|---|
| 1 | COLLEEN T. FLAHERTY No. 327563 |
| 2 | colleen.flaherty@mhllp.com<br>McDOWELL HETHERINGTON LLP |
| 3 | 1055 East Colorado Blvd. Suite 500<br>Pasadena, CA 91106 |
| 4 | Telephone: 213-631-4059<br>Facsimile: 510-628-2146 |
| 5 | DAVID T. MCDOWELL* |
| 6 | david.mcdowell@mhllp.com<br>McDOWELL HETHERINGTON LLP |
| 7 | 1001 Fannin Street, Suite 2400<br>Houston, Texas 77002 |
| 8 | Telephone: 713.337.5580<br>Facsimile: 713.337.8850 |
| 9 | (*Pro Hac Vice Application Forthcoming) |
| 10 | Attorneys for Defendants<br>EQUITABLE FINANCIAL LIFE INSURANCE |
| 11 | COMPANY OF AMERICA; NASSAU LIFE<br>INSURANCE COMPANY; PACIFIC LIFE |
| 12 | INSURANCE COMPANY; PHL VARIABLE<br>INSURANCE COMPANY; THE PENN MUTUAL |
| 13 | LIFE INSURANCE COMPANY; and RELIASTAR<br>LIFE INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED BAEZA, an individual, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>RELIANT LIFE SHARES LLC, et al.,<br><br>            Defendants. | Case No. 2:23-cv-00474<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Compl. filed: December 6, 2022<br>FAC filed: December 27, 2022<br>Date removed: January 20, 2023<br>Current response date: January 27, 2023<br>New response date: February 24, 2023 |

1  Pursuant to Central District of California Local Rule 8-3, Plaintiffs and
2  Defendants Equitable Financial Life Insurance Company of America, improperly
3  named AXA Equitable Life Insurance Company; Nassau Life Insurance Company,
4  improperly named "AKA Reinsurance Group Holdings L.P., and Formerly Known
5  as Phoenix Companies;" Pacific Life Insurance Company; PHL Variable Insurance
6  Company; The Penn Mutual Life Insurance Company; and ReliaStar Life Insurance
7  Company (collectively, "Defendants") hereby stipulate and agree that Defendants
8  shall have up to and including February 24, 2023 to move or plead in response to
9  the First Amended Complaint.

**SO STIPULATED.**

Dated: January 23, 2023        MCDOWELL HETHERINGTON LLP

By:   /s/ Colleen T. Flaherty
           Colleen T. Flaherty

Attorney for Defendants
EQUITABLE FINANCIAL LIFE
INSURANCE COMPANY OF
AMERICA; NASSAU LIFE
INSURANCE COMPANY; PACIFIC
LIFE INSURANCE COMPANY; PHL
VARIABLE INSURANCE
COMPANY; THE PENN MUTUAL
LIFE INSURANCE COMPANY; and
RELIASTAR LIFE INSURANCE
COMPANY

Dated: January 23, 2023        MURRIN LAW FIRM

By:   /s/J. Owen Murrin
           J. Owen Murrin

Attorneys for Plaintiffs

**ECF ATTESTATION**

I, Colleen T. Flaherty, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from J. Owen Murrin, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   January 23, 2023        MCDOWELL HETHERINGTON LLP


By:   */s/ Colleen T. Flaherty*
           Colleen T. Flaherty

Attorneys for Defendants