1  Peter Berlin (SBN 185966)
   Law Office of Peter Berlin,
2  A Professional Corp.
3  18425 Burbank Blvd., Suite 719
   Tarzana, CA 91356
4  Tel:     818-986-0968
   Fax:     818-757-7252
5  Email:   peter@labizlawyer.com

6

7  Attorneys for Defendants,
   PRINCIPLE FINANCIAL SERVICES, INC.
8  RLS FINANCIAL SERVICES, INC.
9  MARK SANSOUCY

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| 14  ED BAEZA, an individual, et al., | Case No. 2:23-CV-00474 |
|---|---|
| 15 | |
| 16              Plaintiffs, | |
| 17 | **STIPULATION TO EXTEND TIME** |
| 18         vs. | **TO RESPOND TO INITIAL** |
|    | **COMPLAINT BY NOT MORE** |
| 19 | **THAN 30 DAYS [L.R. 8-3]** |
| 20  RELIANT LIFE SHARES LLC, et al., | |
|    | Compl. filed: December 5, 2022 |
| 21              Defendants. | FAC filed: December 27, 2022 |
| 22 | Date removed: January 20, 2023 |
|    | Current response date: January 27, |
| 23 | 2023 |
| 24 | New response date: February 25, 2023 |
| 25 | |

26     **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**
27  **DISTRICT OF CALIFORNIA, WESTERN DIVISION, ALL PARTIES, AND**
28  **THEIR RESPECTIVE ATTORNEYS OF RECORD:**

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 8-3]**

1

**PLEASE TAKE NOTICE** that pursuant to L.R. 8-3, the parties to Case No. 2:23-CV-00474, Plaintiffs on the one hand, and Defendants, Principle Financial Services, Inc., RLS Financial Services, Inc., and Mark Sansoucy (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate to an extension of Defendants deadline to file a responsive pleading to Plaintiff's First Amended Complaint. The parties have not previously sought or been granted an extension of time to file a responsive pleading.

THEREFORE, Plaintiffs and Defendants hereby stipulate to extend Defendants' time to Answer or otherwise respond to Plaintiff's First Amended Complaint up to and including February 25, 2023.

Pursuant to Local Rule 8-3, no approval is needed from the Court because the stipulation does not extend Defendant's time to Answer or file a responsive pleading to Plaintiff's First Amended Complaint for more than a total of thirty (30) days from the date the responses initially would have been due.

DATED: January 24, 2023   **LAW OFFICE OF PETER BERLIN A PROF. CORP.**

By: /s/ Peter Berlin
Attorneys for Defendants,
PRINCIPLE FINANCIAL SERVICES, INC.
RLS FINANCIAL SERVICES, INC. and
MARK SANSOUCY

DATED: January 24, 2023   **MURRIN LAW FIRM**

By: /s/ J. Owen Murrin
J. Owen Murrin
Attorneys for Plaintiff

# ECF CERTIFICATE ATTESTATION

I, Peter Berlin, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3). In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from J. Owen Murrin, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

      /s/ Peter Berlin
      Peter Berlin