# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED BAEZA , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>RELIANT LIFE SHARES, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−00474−SB−PD<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/20/2023 | 1 | Notice of Removal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments Attachments 1 Civil Cover Sheet, 2 CERTIFICATION AND NOTICE OF INTERESTED FILED AS Affidavit and Notice of Related Parties are attached to the Notice of Removal. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so. are attached to the Notice of Removal. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 25, 2023                By:  /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                                                Deputy Clerk