GIBSON, DUNN & CRUTCHER LLP
DEBORAH L. STEIN, SBN 224570
  DStein@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
  AMircheff@gibsondunn.com
ISABELLA R. SAYYAH, SBN 328986
  ISayyah@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendant John Hancock Life Insurance Company of New York*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ED BAEZA, et al.,<br><br>                     Plaintiffs,<br><br>     v.<br><br>RELIANT LIFE SHARES LLC, et al.,<br><br>                     Defendants. | CASE NO. 2:23-CV-00474-SB-PD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Stanley Blumenfeld, Jr.<br><br>Action filed:  December 6, 2022<br>Complaint mailed:  December 13, 2022<br>First Amended Complaint filed:  December 27, 2022<br>Current response date:  January 27, 2023<br>New response date:  February 24, 2023 |

Plaintiffs and Defendant John Hancock Life Insurance Company of New York ("JHNY"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the above-captioned case in the Los Angeles Superior Court on December 6, 2022;

WHEREAS, Plaintiffs mailed the Complaint to JHNY's agent for service of process on December 13, 2022 through interstate mail;

WHEREAS, Plaintiffs filed a First Amended Complaint in the Los Angeles Superior Court on December 27, 2022, before JHNY's deadline to respond to the initial complaint;

WHEREAS, Defendant Bank of Utah, Trustee of the Reliant Life Shares Series Statutory Trust removed the case on January 20, 2023;

WHEREAS, under Federal Rules of Civil Procedure, Rule 81(c), JHNY's response to Plaintiff's First Amended Complaint is due no earlier than January 27, 2023;

WHEREAS, on January 23, 2023, Plaintiffs and Defendants Equitable Financial Life Insurance Company of America, Nassau Life Insurance Company, Pacific Life Insurance Company, PHL Variable Insurance Company, The Penn Mutual Life Insurance Company, and ReliaStar Life Insurance Company (collectively, "Equitable Defendants") stipulated to extend the time for Equitable Defendants to file their response to Plaintiffs' First Amended Complaint to February 24, 2023;

WHEREAS, the Parties have agreed to extend the time for JHNY to file its response to Plaintiffs' First Amended Complaint by 28 days, from January 27, 2023 to February 24, 2023.

NOW THEREFORE IT IS HEREBY STIPULATED by and between Plaintiffs and JHNY, through their respective counsel, to the following:

1. JHNY's deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be extended to February 24, 2023;
2. Plaintiffs and JHNY reserve all other rights.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Deborah L. Stein_____ |
| 5 | | Deborah L. Stein |
| 6 | | Attorneys for Defendant John Hancock Life Insurance Company of New York |
| 7 | | |
| 8 | Dated: January 25, 2023 | MURRIN LAW FIRM |
| 9 | | |
| 10 | | By: _____/s/ J. Owen Murrin_____ |
| 11 | | J. Owen Murrin |
| 12 | | Attorneys for Plaintiffs |

# E-FILING ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I, Deborah L. Stein, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: January 25, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Deborah L. Stein*
      Deborah L. Stein
