1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ED BAEZA, et al.,

Plaintiffs,

v.

RELIANT LIFE SHARES LLC, et al.,

Defendants.

Case No. 2:23-CV-00474-SB-PD

**[PROPOSED] ORDER**

    Good cause appearing, the Court hereby ORDERS that Defendant John Hancock Life Insurance New York's deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be extended from January 27, 2023 to February 24, 2023.

Dated:  <Select>

_____
Stanley Blumenfeld, Jr.
United States District Judge